
FILED
John E. Triplett, Acting Clerk
United States District Court

By casbell at 2:46 pm, Oct 06, 2020

# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

| | | |
|---|---|---|
| JACQUES JEANTY, | * | |
| | * | |
| Plaintiff, | * | CIVIL ACTION NO.: 2:20-cv-76 |
| | * | |
| v. | * | |
| | * | |
| FEDERAL BUREAU OF PRISONS; LINDA GETER; and U.S. DEPARTMENT OF JUSTICE, | * * * | |
| | * | |
| Defendants. | * | |

## ORDER

Plaintiff filed a Complaint under <u>Bivens v. Six Unknown Named Agents of the Federal Bureau of Narcotics</u>, 403 U.S. 388 (1971), and alleged Defendants violated his constitutional rights. Dkt. No. 1. The Court granted Plaintiff *in forma pauperis* status, dkt. no. 7, but, after Plaintiff failed to return the necessary financial forms, the Magistrate Judge recommended the Court dismiss without prejudice Plaintiff's cause of action. Dkt. No. 17. In lieu of objections, Plaintiff filed a Motion to Dismiss and states this cause of action is not the one he intended to file. Dkt. No. 30, p. 1.

Rule 41(a)(2) provides that "an action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper. Unless the order states otherwise, a dismissal under this paragraph . . . is without prejudice." Upon due consideration, the Court **GRANTS** Plaintiff's Motion to Dismiss his <u>Bivens</u> Complaint voluntarily and **REJECTS** the Magistrate Judge's Report and Recommendation. The Court **DISMISSES without prejudice** Plaintiff's Complaint and **DIRECTS** the Clerk of Court to enter the appropriate judgment of dismissal and to **CLOSE** this case.

**SO ORDERED**, this ____ day of __October__, 2020.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)