AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

FILED
John E. Triplett, Acting Clerk
United States District Court

By MGarcia at 9:12 am, Oct 08, 2020

JACQUES JEANTY,

Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV220-76

FEDERAL BUREAU OF PRISONS; LINDA GETER; and U.S. Department of Justice,

Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of the Court entered 10/6/20, the Court GRANTS Plaintiff's Motion to Dismiss his Bivens Complaint voluntarily and REJECTS the Magistrate Judge's Report and Recommendation. Therefore, Plaintiff's Complaint is DISMISSED without prejudice, and this case stands CLOSED.

Approved by: _____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

October 7, 2020
Date

John E. Triplett, Acting Clerk
Clerk

_____
(By) Deputy Clerk

GAS Rev 10/2020